IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VALERIE ADAME,　　　　　　　　　　　　　No. 6:16-cv-01761-PK

          Plaintiff,

  v.

NANCY A. BERRYHILL,　　　　　　　　　　ORDER

          Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Papak issued a Findings and Recommendation (#17) on November 29, 2017, in which he recommends that this Court affirm the Commissioner's decision to deny Plaintiff disability benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

1 - ORDER

no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [17].

Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 12 day of January, 2018.

Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge